PROB 35A

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:08CR00582** |
| ) | |
| **JACOB STORY** ) | |
| ) | |

On December 10, 2007, the above-named was placed on probation (by the Northern District of California) for a period of four years.

On November 24, 2010, this office was notified by Marin County Coroner's Office that Jacob Story was confirmed dead on November 23, 2010 (copy of the death certification is attached). It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Toni M. Ortiz

**TONI M. ORTIZ
United States Probation Officer**

Dated:        April 18, 2011
               Sacramento, California
               TMO/jc


**REVIEWED BY:      /s/ Michael A. Sipe
                   MICHAEL A. SIPE
                   Supervising United States Probation Officer**

1

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG

**Re:** **Jacob STORY**
**Docket Number:   2:08CR00582**
**ORDER TERMINATING TERM OF PROBATION**
**PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### ORDER OF COURT

It appearing that Jacob Story is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

Date:  April 22, 2011

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```

cc:     AUSA - To be determined